### JOHN HELLER v. BROWN, OVERSEER.

The complaint of the overseer of the poor, under section 5 of the "Act concerning disorderly persons," must aver that the township may become chargeable.

On *certiorari*.

Argued at November Term, 1894, before Justices REED and GARRISON.

For the prosecutor, *Thomas E. Bantle.*

For the defendant, *Gilbert & Atkinson.*

The opinion of the court was delivered by

GARRISON, J.   The complaint of the overseer failed to set forth that, by reason of the alleged desertion, the family of the defendant might become. chargeable to the township. Such an allegation is essential to the jurisdiction of the justice.   *Gedney* v. *Dey,* 15 *Vroom* 576.

Objection to jurisdiction upon this ground was made at the opening of the trial below, and, before going into the merits; it is, therefore, up now as a reason for setting aside the justice's order.

The proceedings are reversed.